470 S.E.2d 574

**ROCCO TURKEYS, INC. and Home Indemnity Company, Appellants,**

v.

**Olga LEMUS, Appellee.**

**Record No. 2276–94–3.**

Court of Appeals of Virginia.

May 7, 1996.

From the Virginia Workers' Compensation Commission.

An order dated March 7, 1996 was received from the Supreme Court of Virginia on March 27, 1996 and is recorded as follows:

Rocco Turkeys, Inc., et al., Appellants,

against

Olga Lemus, Appellee.

Record No. 960192

Court of Appeals No. 2276–94–3

From the Court of Appeals of Virginia

This order shall be certified to the Court of Appeals of Virginia and to the Virginia Workers' Compensation Commission.